# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JESSIE D. SHUFORD,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CITIMORTGAGE, INC.,** )<br>)<br>**Defendant.** ) | **CASE NUMBER:**<br><br>**2:14-CV-00313-WKW-TFM** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jessie D. Shuford and Defendant CitiMortgage, Inc. ("CitiMortgage") hereby stipulate to the dismissal of this case and any and all claims that were, are and/or could have been asserted by Jessie D. Shuford against CitiMortgage with prejudice, each party bearing its own fees and costs.

Dated: August 5, 2014.

Respectfully Submitted,                     Respectfully Submitted,

*/s/  J.Mattew Stephens*                    */s/ Joshua H. Threadcraft*
J. Matthew Stephens (ASB-3788-e66s)         Joshua H. Threadcraft (ASB-7136-H36J)
MCCALLUM, METHVIN & TERRELL, P.C.           BURR & FORMAN LLP
2201 Arlington Avenue South                 420 North 20th Street, Suite 3400
Birmingham, Alabama  35205                  Birmingham, Alabama  35203
Telephone:  (205) 939-0199                  Telephone: (205) 251-3000
Facsimile:   (205) 939-0399                 Facsimile: (205) 458-5100
Email:         mstephens@mmlaw.net          Email:  Joshua.threadcraft@burr.com
*Attorneys Plaintiff*                       *Attorney for Defendant CitiMortgage, Inc.*

21306099 v1

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 5th day of August, 2014, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

Joshua H. Threadcraft
Joshua.Threadcraft@burr.com

Rik S. Tozzi
rtozzi@burr.com

> */s/  J.Mattew Stephens*
> Matthew Stephens (ASB-3788-e66s)
> MCCALLUM, METHVIN & TERRELL, P.C.
> 2201 Arlington Avenue South
> Birmingham, Alabama   35205
> Telephone:   (205) 939-0199
> Facsimile:   (205) 939-0399
> Email:       mstephens@mmlaw.net